

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00294-CV

**GLOBAL TANK CONSTRUCTION, LLC** and Scott Leonard d/b/a Global Tank
Construction,
Appellants

v.

**TARSCO BOLTED TANK, INC.**,
Appellees

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 16-08-00339CVF
Honorable Russell Wilson, Judge Presiding

PER CURIAM

Sitting:    Irene Rios, Justice
           Beth Watkins, Justice
           Liza A. Rodriguez, Justice

Delivered and Filed: August 21, 2019

DISMISSED FOR WANT OF PROSECUTION

A filing fee of $205.00 was due when appellants filed their notice of appeal. *See* TEX. R.
APP. P. 32.1 (providing an appellant in a civil case shall file a docketing statement promptly upon
filing the notice of appeal); TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE
SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION (Misc. Docket No. 159158, Aug. 28, 2015). We issued an order
on July 2, 2019, notifying appellant that the filing fee had not been paid. We ordered appellants

to pay the filing fee on or before July 12, 2019. Our order advised appellants that if the filing fee was not paid, this appeal would be dismissed.

The filing fee has not been paid. We therefore dismiss this appeal. *See* TEX. R. APP. P. 42.3(c) (permitting appellate courts to dismiss an appeal when appellant fails to comply with a court order); *In the Interest of E.J.V.*, No. 04-18-00035-CV, 2018 WL 1511773, at \*1 (Tex. App.—San Antonio Mar. 28, 2018, no pet.) (mem. op.) (per curiam) (dismissing appeal, in part, for failure to comply with order to pay filing fee).

PER CURIAM